**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| GAETANO M. BRIGIDA, | ) |
| Plaintiff | ) |
| v. | ) |
|  | ) |
| THE BOC GROUP, INC., ANTHONY | ) |
| ERIC ISSAC, ROBERT P. STEVENS, | ) |
| and WAYNE KOCH, | ) |
| Defendants. | ) |
|  | ) |

**04 10259 GAO**

Civil Action No. _____

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT THE BOC GROUP, INC.

Defendant The BOC Group, Inc. is a corporation organized under the laws of the State of Delaware. It is a wholly owned subsidiary of BOC, Inc., a Delaware corporation, which is a wholly owned subsidiary of The BOC Group, Inc., a Nevada corporation. The BOC Group, Inc. (Nevada) is a wholly owned subsidiary of BOC Holdings (an English corporation), which itself is a wholly owned subsidiary of The BOC Group plc (an English corporation). No publicly held company owns more than 10% of The BOC Group. Inc.'s (Delaware) stock.

Respectfully submitted,

THE BOC GROUP, INC.

By its attorneys,

Guy P. Tully (BBO #: 555625)
Kavita M. Goyal (BBO #: 654013)
75 Park Plaza, 4th Floor
Boston, MA 02116
(617) 367-0025

### CERTIFICATE OF SERVICE

I hereby certify that, on this ___ day of February, 2004, I caused a true and accurate copy of the above document to be served upon Plaintiff's counsel, John H. Ronan, Ronan, Segal and Harrington, 50 Federal Street, Salem, MA 01970 by first-class mail, postage prepaid.

Jackson Lewis LLP