| Civil DOCKET | DOCKET NUMBER 200336CV001577 | Trial Court of Massachusetts District Court Department |
|---|---|---|
| CASE NAME GAETANO M. BRIGIDA vs. THE BOC GROUP, INC. | | CURRENT COURT Salem District Court 65 Washington Street Salem, MA 01970-3572 (978) 744-1167 |
| ASSOCIATED DOCKET NO. | DATE FILED 12/12/2003    DATE DISPOSED 02/11/2004 | |

GAO

04-10259GAO

**PLAINTIFF(S)**
P01 GAETANO M. BRIGIDA
16 SCHOOL ST
MANCHESTER, MA 01944

**PLAINTIFF'S ATTORNEY**
FRANK JOSEPH CONNORS
1350 MASS AVE   ROOM 980
CAMBRIDGE, MA 02138
(617) 495-8210

**DEFENDANT(S)/OTHER SINGLE PARTIES**
D01 THE BOC GROUP, INC.
575 MOUNTAIN AVENUE
MURRAY HILL, NJ 07974

D02 ANTHONY E. ISSAC
D03 ROBERT P. STEVENS as he is TREAURER OF THE BOC GROUP
D04 WAYNE KOCH as he is GENERAL MANAGER BOC GROUP, INC'S

**DEFENDANT'S ATTORNEY**

| NO. | ENTRY DATE | DOCKET ENTRIES |
|---|---|---|
| 1 | 12/15/2003 | Complaint filed on 12/12/2003 at Salem District Court. |
| 2 | 12/15/2003 | Appearance for Gaetano M. Brigida filed by Attorney FRANK JOSEPH CONNORS 1350 Mass Ave  Room 980 Cambridge MA 02138 BBO# 547822 |
| 3 | 12/15/2003 | Filing fee of $180.00 and surcharge of $15.00 paid (G.L. c.262 §§ 2 & 4C). |
| 4 | 12/15/2003 | Statement of damages filed by P01 GAETANO M. BRIGIDA (Dist./Mun.Cts.Supp.R.Civ.P. 102A). |
| 5 | 12/15/2003 | DISMISSAL UNDER STANDING ORDER 1-88 TIME STANDARDS potentially applicable on 12/30/2004 06:01 PM. |
| 6 | 12/15/2003 | DISMISSAL UNDER MASS.R.CIV.P. 4(j) potentially applicable on 03/30/2004 06:01 PM. |
| 7 | 02/11/2004 | Case removed to U.S. District Court by D01 THE BOC GROUP, INC. (28 U.S.C. §§1441-1452). FILED 2/10/04 |

Page 1 of 1 | A TRUE COPY, ATTEST: | CLERK-MAGISTRATE/ASST. CLERK X | DATE

Date/Time Printed: 02/11/2004 10:34 AM