UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GAETANO M. BRIGIDA,<br>    Plaintiff<br><br>v.<br><br>THE BOC GROUP, INC., ANTHONY<br>ERIC ISSAC, ROBERT P. STEVENS,<br>and WAYNE KOCH,<br>    Defendants. | Civil Action No. 04-10259GAO |

## ASSENTED-TO MOTION OF DEFENDANTS TO ENLARGE BY SEVEN (7) DAYS THE DATE BY WHICH THEY MUST FILE AN OPPOSITION TO PLAINTIFF'S MOTION TO REMAND CASE

The Defendants move, with Plaintiff's assent, to enlarge by seven (7) days - to and including March 19, 2004 - the date by which they must serve an opposition to Plaintiff's Motion To Remand served by Plaintiff on or about February 27, 2004. As grounds for their motion, Defendants state that the additional time is necessary to formulate an appropriate response and to allow the Parties additional time to continue a dialogue aimed at resolving this matter.

### Compliance with Local Rule 7.1

By signing below, Counsel for Defendants certifies that he consulted with Plaintiff's counsel about the subject matter of this motion. As set forth below, Plaintiff's counsel assents to the allowance of this motion.

WHEREFORE, Defendants respectfully request that the Court grant its motion and extend by seven (7) days the date by which they must serve a response to Plaintiff's motion to remand case, to and including March 19, 2004.

Respectfully submitted,

THE BOC GROUP, ANTHONY ERIC ISSAC, ROBERT P. STEVENS, and WAYNE KOCH
By their attorneys,

__/s/ Guy P. Tully_____
Guy P. Tully (BBO #: 555625)
Kavita M. Goyal (BBO #: 654013)
75 Park Plaza, 4th Floor
Boston, MA 02116
(617) 367-0025
(617) -367-2155 – fax

**ASSENTED-TO**

GAETANO BRIGIDA

By:   /s/ John H. Ronan/by Guy P. Tully
John H. Ronan (BBO #547124)
Ronan, Segal & Harrington
59 Federal Street
Salem, MA  01970

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 12th day of March, 2004, I caused a true and accurate copy of the above document to be served upon Plaintiff's counsel, John H. Ronan, Ronan, Segal and Harrington, 59 Federal Street, Salem, MA 01970 by first-class mail, postage prepaid.

Jackson Lewis LLP