UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GAETANO M. BRIGIDA,<br>    Plaintiff<br><br>v.<br><br>THE BOC GROUP, INC., ANTHONY<br>ERIC ISSAC, ROBERT P. STEVENS,<br>and WAYNE KOCH,<br>    Defendants. | )<br>)<br>)<br>)<br>)   Civil Action No. 04 10259 GAO<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT MOTION TO DISMISS CASE WITH PREJUDICE

WHEREAS Plaintiff Gaetano Brigida commenced this action asserting that Defendants failed to pay him wages and/or commissions; and

WHEREAS Defendants deny Plaintiff's allegations; and

WHEREAS the Parties have agreed to resolve their dispute pursuant to the terms of a Negotiated Settlement Agreement and General Release; and

WHEREAS Plaintiff acknowledges that he has been paid for all alleged unpaid wages and/or commissions and intends to fully and without limitation release Defendants from any

and all claims, including claims that may or could have been asserted under any wage payment statute in this matter;

NOW THEREFORE, the Parties jointly move pursuant to Mass. R. Civ. P. 41(a)(2) that the Court dismiss this matter with prejudice and without costs or attorneys' fees to either party.

Respectfully submitted,

GAETANO BRIGIDA

By His Attorney,

John H. Ronan
BBO # 547124
Ronan, Segal & Harrington
59 Federal Street
Salem, MA 01970
978-744-0350

THE BOC GROUP, ANTHONY ERIC ISSAC, ROBERT P. STEVENS, and WAYNE KOCH

By their attorneys,

Guy P. Tully (BBO #: 555625)
Kavita M. Goyal (BBO #: 654013)
75 Park Plaza, 4th Floor
Boston, MA 02116
(617) 367-0025

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 13th day of April, 2004, I caused a true and accurate copy of the above document to be served upon Plaintiff's counsel, John H. Ronan, Ronan, Segal and Harrington, 59 Federal Street, Salem, MA 01970 by first-class mail, postage prepaid.

Jackson Lewis LLP

2